### 36831. HARDY *v.* WAITS *et al.*

FELTON, Chief Judge. 1. At the last appearance of this case in this court all of the grounds of the amended motion for a new trial were considered and ruled on except grounds 11 and 12. These grounds deal with the question of refusing plaintiff's counsel permission to argue to the jury the question of the contention by the defendant that this was a "trumped-up" lawsuit and related questions. These assignments of error are controlled by the Supreme Court's rulings in *Waits* v. *Hardy*, 214 *Ga.* 41 (102 S. E. 2d 590), and are without merit. Having ruled on the other assignments of error this court is without jurisdiction at this, a different term, to again review and pass on them. There was no contention by the plaintiff in error that this court erred in any of its rulings on the first appearance or that the assignments of error and rulings were not elaborated on.

2. The Supreme Court having reversed the judgment of this court (*Waits* v. *Hardy,* 214 *Ga.* 495, 105 S. E. 2d 719), the judgment of reversal rendered by this court is vacated, and the judgment 'of the trial court denying the amended motion for a new trial is affirmed.

*Judgment affirmed.   Quillian and Nichols, JJ., concur.*

DECIDED NOVEMBER 24, 1958—REHEARING DENIED DECEMBER 15, 1958.

*G. Seals Aiken, Randall Evans, Jr.,* for plaintiff in error.

*A. Paul Cadenhead, Nall, Sterne, Miller, Cadenhead & Dennis,* contra.